In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-083 CR


____________________



LLOYD FORREST LOWE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause No. CR-25624






 MEMORANDUM OPINION 


 We have before the Court an appeal by Lloyd Forrest Lowe from a sentence
pronounced January 24, 2006, and the appellant's motion for extension of time to file notice
of appeal, filed May 4, 2006. The motion for extension of time is DENIED, as the motion
was not filed within the time permitted under the rules of appellate procedure. Tex. R. App.
P. 26.3(b). The notice of appeal was filed with the trial court on February 24, 2006, more
than thirty days from the date sentence was imposed in open court. The Court finds the
notice of appeal was not timely filed. Tex. R. App. P. 26.2. Slaton v. State, 981 S.W.2d 208,
210 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519 (Tex. Crim. App. 1996). 
Appellant has not obtained an out-of-time appeal from the Court of Criminal Appeals. The
Court finds it is without jurisdiction to entertain this appeal. Accordingly, the appeal is
dismissed for want of jurisdiction.

 APPEAL DISMISSED.


 ____________________________

 HOLLIS HORTON

 Justice



Opinion Delivered May 17, 2006 

Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.